**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CLARK J. GEBMAN,**

               **Plaintiff,**　　　　　　　No. 07-cv-1226
　　　　　　　　　　　　　　　　　　　　　　　(GLS-DRH)

        **v.**

**STATE OF NEW YORK, PRESHROCK
CORPORATION, CITY OF BEACON,
UNITED STATES OF AMERICA, and
JOHN or JANE DOE 1-500 INCLUSIVE,**

              **Defendants.**
_____

**APPEARANCES:**　　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**
Clark J. Gebman
*Pro Se*
8686 Sheridan Drive
Williamsville, NY 14421

**FOR THE DEFENDANTS:**
HON. ANDREW M. CUOMO　　　　　JOSEPH S. KOCZAJA, ESQ.
New York State Attorney General
The Capitol
Albany, New York 12224

Towne, Bartkowski Law Firm　　　　　ELENA DeFIO KEAN, ESQ.
450 New Karner Road
P.O. Box 15072
Albany, New York 12205

**Gary L. Sharpe**

**U.S. District Judge**

## ORDER

On November 20, 2007, Clark Gebman, proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983 objecting to the sale of certain property located in the City of Beacon.  (Dkt. No. 1.)  The court has before it a letter from Lawrence Kalkstein, Treasurer of defendant Preshrock Corporation, dated January 24, 2008, purporting to be a motion to dismiss. (Dkt. No. 13.)

It is well-settled that a corporation may not appear in federal court unless it is represented by licensed counsel.  *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.").  In other words, although an individual may represent himself, a corporation–even a closely-held one–must be represented by counsel.  *See generally New York State Teamsters Conference Pension & Ret. Fund v. Comac Builders Supply Corp.,* No. 06-cv-208, 2008 WL 150515 (N.D.N.Y. Jan. 14, 2008).  Accordingly, the court will not consider the letter motion submitted on behalf of Preshrock Corporation.

2

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that the letter motion submitted by Lawrence Kalkstein on behalf of Preshrock Corporation, (Dkt. No. 13), will not be considered by the court; and it is further

**ORDERED** that the Clerk provide copies of this Order to the parties, as well as to Lawrence Kalkstein.

**IT IS SO ORDERED.**

Albany, New York
Dated: March 18, 2008

Gary L. Sharpe
U.S. District Judge